# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1858
Lower Tribunal No. 19-13864
_____

**Loraine Castellon,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Rodriguez v. Responsive Auto Ins. Co.</u>, 48 Fla. L. Weekly D1557 *2, 2023 WL 5061776 (Fla. 3d DCA Aug. 9, 2023) (noting that under Florida's "'new' summary judgment standard . . . the trial court should only deny summary judgment where there is a genuine dispute as to a 'material fact' and 'the evidence is such that a reasonable jury could return a verdict for the nonmoving party.'") (citing <u>In re Amends. to Fla. Rule of Civ. Proc. 1.510</u>, 317 So. 3d 72, 75 (Fla. 2021)); <u>Citizens Prop. Ins. Corp. v. Zamanillo</u>, 49 Fla. L. Weekly D192, 2024 WL 172611 (Fla. 3d DCA, Jan. 17, 2024) (holding final summary judgment was properly entered where there was no triable issue of fact on the record).